JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 24-2427-DMG (KSx) | Date | November 27, 2024 |
|---|---|---|---|

| Title | *Hanwha General Insurance Co., Ltd. v. James Worldwide, Inc., et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   **DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE**

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER REMANDING ACTION TO ORANGE COUNTY SUPERIOR COURT**

On November 4, 2024, Defendant James Worldwide, Inc. removed this action, invoking the Court's diversity jurisdiction under 28 U.S.C. section 1332(a). [Doc. # 1.] Defendant asserted, however, that it is incorporated in and has its principal place of business in *California*, thereby running afoul of 28 U.S.C. section 1441(b)(2). Accordingly, the Court ordered Defendant to show cause as to why this action should not be remanded to Orange County Superior Court for improper removal. [Doc. # 12 ("OSC").] The Court also warned that "**[f]ailure to timely file a satisfactory response by [November 25, 2024] will result in the remand of this action**." *Id.* at 2 (emphasis in original).[1] To date, Defendant has not filed a response to the Court's OSC, and the deadline to do so has now passed.

In light of the foregoing, the Court hereby **REMANDS** this action to Orange County Superior Court for improper removal pursuant to 28 U.S.C. section 1441(b)(2).

**IT IS SO ORDERED.**

---

[1] All page references herein are to page numbers inserted by the CM/ECF system.